## Commonwealth *v.* Saunders, Appellant.

Submitted March 24, 1970. *R. Barclay Surrick*, Assistant Public Defender, for appellant; *Ralph B. D'Iorio*, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Sheetz et al., Appellants.

Submitted April 13, 1970. *Richard E. Davis*, Assistant Public Defender, for appellant; *James C. Tosh*, Assistant District Attorney, and *John G. Good, Jr.*, District Attorney, for Commonwealth, appellee.

Orders affirmed.

## Commonwealth *v.* Sebetich, Appellant.

Submitted April 13, 1970. *John P. Liekar*, Public Defender, for appellant; *John F. Bell*, Assistant District Attorney, for Commonwealth, appellee.

Orders affirmed.